JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MEGAN TRAMA, MATTHEW HARTZ, and RAFAEL ROBLES on behalf of themselves and all others similarly situated, | Case No. 2:24-cv-3174-DSF (Ex) |
| Plaintiffs, | |
| v. | **FINAL JUDGMENT** |
| RELX INC., | |
| Defendant. | |

Having granted Plaintiff Matthew Hartz and Rafael Robles' Motion for Final Approval of Class Action Settlement, Dkt. 98, and Motion for Attorneys' Fees, Costs, and Service Awards, Dkt. 99, the Court enters this final judgment and orders as follows:

1. This final judgment incorporates by reference the definitions in the parties' Settlement Agreement. *See* Dkt. 98, Ex. 1.

2. The Court finds that the requirements for certification of a class under Federal Rule of Civil Procedure 23(a) and (b)(2) are satisfied and certifies the

1

Settlement Class for purposes of this settlement only. The Settlement Class means all natural persons whose personally identifiable information was searched for, reviewed, and/or accessible in any free trial of Nexis Diligence and/or Nexis Diligence+, and who resided in Illinois at any time their personally identifiable information was accessible.

3.    The Court finds that all of the notice requirements of the Class Action Fairness Act set forth in 28 U.S.C. § 1715 have been satisfied.

4.    The Court finds that the Settlement Agreement is fair, reasonable, and adequate and otherwise complies with Federal Rule of Civil Procedure 23. The parties are therefore ordered to consummate the Settlement Agreement according to its terms, and RELX, Inc. is ordered to cease displaying, making accessible, or otherwise using the personally identifiable information of any Settlement Class Member on or in connection with any Lexis Free Trials, subject to the terms of the Settlement Agreement.

5.    All claims of Releasors against Releasees are released except as provided in the Settlement Agreement.

6.    RELX is ordered to pay (i) $492,500 in attorneys' fees and costs to Class Counsel and (ii) $2,500 per named Plaintiff Hartz and Robles in service awards. Payments shall be made in accordance with the Settlement Agreement.

7.    This action is dismissed with prejudice, with each side to bear its own costs and attorneys' fees except as provided by this Final Judgment, the Settlement Agreement, and the Court's orders.

8.    The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs and the Settlement Class and RELX. Accordingly, the Clerk is directed to enter Judgment forthwith.

9.    Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of

the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: March 4, 2026

Dale S. Fischer
United States District Judge